| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>ROSANNA BAEZ, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　-v-<br><br>CAYUGA HOME FOR CHILDREN,<br><br>　　　　　　　　　　Defendant. | CIVIL ACTION NO.: 20 Civ. 2912 (SLC)<br><br>**ORDER TO SUBMIT SETTLEMENT<br>MATERIALS** |

**SARAH L. CAVE**, United States Magistrate Judge.

This case contains one or more claims arising under the Fair Labor Standards Act. In light of the requirements of Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015), the parties must file a joint Letter-Motion that addresses whether the settlement is fair and reasonable.

The parties must file their Letter-Motion by **March 10, 2021**, and should address the claims and defenses, the defendant's potential monetary exposure and the bases for any such calculations, the strengths and weaknesses of the plaintiffs' case and the defendant's defenses, any other factors that justify the discrepancy between the potential value of plaintiffs' claims and the settlement amount, the litigation and negotiation process, as well as any other issues that might be pertinent to the question of whether the settlement is reasonable (for example, the collectability of any judgment if the case went to trial).

The joint Letter-Motion should also explain the attorney fee arrangement, attach a copy of any retainer agreement, and provide information as to actual attorneys' fees expended. Finally, a copy of the settlement agreement itself must accompany the joint Letter-Motion.

Dated:     New York, New York
            February 24, 2021

                                        SO ORDERED

                                        _____
                                        **SARAH L. CAVE**
                                        **United States Magistrate Judge**