# BORRELLI & ASSOCIATES
## P.L.L.C.
www.employmentlawyernewyork.com

| 655 Third Avenue | 910 Franklin Avenue |
| --- | --- |
| Suite 1821 | Suite 200 |
| New York, NY 10017 | Garden City, NY 11530 |
| Tel. No. 212.679.5000 | Tel. No. 516.248.5550 |
| Fax No. 212.679.5005 | Fax No. 516.248.6027 |

March 9, 2021

> The requested extension of time until **March 24, 2021** to submit the settlement fairness materials is GRANTED.
>
> The Clerk of Court is directed to close ECF No. 37.
>
> SO ORDERED    3/10/2021
>
> /s/ Sarah L. Cave
> SARAH L. CAVE
> United States Magistrate Judge

<u>Via ECF Only</u>
The Honorable Sarah L. Cave
United States Magistrate Judge for the
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Baez v. Cayuga Home for Children*, Case No. 1:20-cv-02912-SLC

Dear Judge Cave:

We represent the twelve Plaintiffs in the above-referenced wage and hour matter. We submit this letter, jointly with Defendant, to request a two-week extension of time to submit the parties' settlement materials for the Court's review, through and including March 24, 2021. The parties are finalizing their settlement agreement and expect to release the same for signature this week. Plaintiffs are also preparing their letter motion for approval of the agreement, pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), which the parties will jointly submit along with all supporting materials included in the Court ordered dated February 24, 2021 (ECF # 36). This is the first request to extend the deadline for submission and no other dates or deadlines will be impacted by this request.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

Michael R. Minkoff, Esq.
For the Firm

Copies to:   Counsel for Defendant (via ECF)